AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
1:47 pm, Jun 15 2021

| | |
|---|---|
| United States of America<br>v.<br><br>Nesly Mwarecheong, a/k/a "Grace"<br><br>*Defendant* | )<br>)  Case No.  4:21-CR-091<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nesly Mwarecheong, a/k/a "Grace",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Commit Forced Labor, in violation of 18 U.S.C. § 1594(b);
Cts. 2, 3: Forced Labor, in violation of 18 U.S.C. §§ 1589(a)(1), (2), (4) and 2; and
Cts. 4, 5: Unlawful Conduct with Respect to Documents in Furtherance of Trafficking, in violation of 18 U.S.C. §§ 1592 and 2.

WARRANT ISSUED
JOHN S. COURTER, Clerk

Date: 06/15/2021

By: *Marissa Lee*
DEPUTY CLERK

City and state: Des Moines, Iowa

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/15/21, and the person was arrested on *(date)* 6/15/21
at *(city and state)* Des Moines, IA.

Date: 6/15/21

*[signature]*
Arresting officer's signature

Mike Powell, SDUSM
*Printed name and title*